IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Peter Johnson,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | **C.A. NO.** 4:22-cv-3052 |
| § | |
| **Bugeater Express, LLC, and** § | |
| **Paul Allen Bryant;** § | |
| *Defendants.* § | |

## INDEX OF MATTERS BEING FILED

Defendants, Bugeater Express, LLC and Paul Allen Bryant, in connection with the removal of this case to the United States District Court for the Southern District of Texas, Houston Division, file their index of matters, as follows:

1. Defendants' Notice of Removal

2. All pleadings on file in the state district court action

3. All executed processes in the state district court action

4. Docket Sheet

5. List of Counsel of Record

648373.1 PLD 0002377 23063 RTH

Respectfully submitted,

_____
Ryan T. Hand
Attorney-in-Charge
SD Bar No. 25467
SBN: 24012777
2900 North Loop West, Suite 500
Houston, Texas 77092
Telephone: (713) 868-5560
Facsimile: (713) 864-4671
Email: rhand@mayerllp.com
**ATTORNEYS FOR DEFENDANTS, BUGEATER EXPRESS, LLC AND PAUL ALLEN BRYANT**

**OF COUNSEL:**

**MAYER LLP**
Elizabeth L. Carey
SD Bar No. 425359
SBN: 03791800

## CERTIFICATE OF SERVICE

On this 8th day of September, 2022, a true and correct copy of the foregoing instrument was served electronically, in person, by mail, by commercial delivery service, by fax, or by email, to the following counsel of record:

Jason A. Itkin
Caj Boatright
Roland Christensen
Samantha M.B. Demuren
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, Texas 77007
Email: jitkin@arnolditkin.com
Email: cboatright@Arnolditkin.com
Email: rchristensen@arnolditkin.com
Email: sdemuren@arnolditkin.com
Email: eservice@arnolditkin.com

_____
Ryan T. Hand

648373.1 PLD 0002377 23063 RTH